UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SHAWN MAYNARD COTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:12-cv-00081 |
| | ) | |
| PATRICIA BARNHART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 23, 2012 her Report and Recommended Decision (Docket no. 6).  The Plaintiff filed an Amended Complaint on March 14, 2012 (Docket no. 9).  The United States Magistrate Judge filed her Supplemental Report and Recommended Decision on May 16, 2012 (Docket no. 10).  I have reviewed and considered the Magistrate Judge's Recommended Decision and her Supplemental Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in both her Recommended Decision and her Supplemental Recommended Decision.

1. It is therefore <u>ORDERED</u> that both the Recommended Decision and the Supplemental Recommended Decision of the Magistrate Judge are hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Clerk's Office provide a notice of service to the Attorney General's Office as to Defendants Eric Bueno, Rusty Worcester, and Gary Waltz.

SO ORDERED.

<u>/s/ Nancy Torresen</u>
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2012.