UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MAYNARD COTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:12-cv-00081-NT |
| | ) |
| PATRICIA BARNHART, et al | ) |
| Commissioner of Social Security, | ) |
| Defendants. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed September 21, 2012, the Recommended Decision is affirmed. It is therefore ORDERED that:

1. The Recommended Decision of the Magistrate Judge is hereby ADOPTED; and,

2. The Defendants' motion to dismiss is GRANTED.

/s/ Nancy Torresen
United States District Judge

Dated this 23rd day of October, 2012.